**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1702**

JOHN G. SINGLETARY, JR.; CARLA C. SINGLETARY,

Plaintiffs - Appellants,

v.

CITY OF NORTH CHARLESTON; CITY OF NORTH CHARLESTON ZONING
DEPARTMENT; CITY OF NORTH CHARLESTON ZONING BOARD OF
APPEALS; CITY OF NORTH CHARLESTON LEGAL DEPARTMENT; R. KEITH
SUMMEY, City of North Charleston Mayor; DARBIS BRIGGMAN,
City of North Charleston Chief Building Official; WILLIAM B.
GORE, Zoning Director; RICK WILLIAMS, Building Inspector;
MARY COHEN, Zoning Inspector; ADRIENNE WILLIAMS, Secretary
Zoning Board of Appeals; DONALD SCHAEFFER, ZBA Vice Chairman
and May 5, 2009 Acting ZBA Chair,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:09-cv-01612-RMG)

Submitted:  September 27, 2012     Decided:  October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John G. Singletary, Jr. and Carla C. Singletary, Appellants Pro
Se.  Robin Lilley Jackson, SENN, MCDONALD & LEINBACK, LLC,
Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John G. Singletary, Jr., and Carla C. Singletary appeal from the district court's orders accepting the recommendation of the magistrate judge and denying relief in their civil action arising out of the denial of their request for a zoning variance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Singletary v. North Charleston, No. 2:09-cv-01612-RMG (D.S.C. Apr. 16, 2012; May 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED